IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR F 93-5037-DLB |
| v. | ) | |
| CHRISTOPHER DUSTIN, | ) | |
| Defendant. | ) | |

### ORDER FOR REMISSION OF FINE

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573.  The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Christopher Dustin is hereby remitted.

IT IS SO ORDERED.

**Dated:   July 3, 2006**          _____/s/ **Dennis L. Beck**_____
3b142a                                        UNITED STATES MAGISTRATE JUDGE

93cr05037.RemitFine.Dustin Order.wpd